# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 7, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130698(64)(65)

HIGHLAND-HOWELL DEVELOPMENT
COMPANY, LLC,
　　　　　Petitioner-Appellant,

v

TOWNSHIP OF MARION,
　　　　　Respondent-Appellee.

_____

SC:　130698
CoA:　262437
MTT:　00-307906

　　　　　On order of the Chief Justice, the motion for immediate consideration is GRANTED. The motion to adjourn the oral argument of this application for leave to appeal is GRANTED. The clerk is directed to place this matter at the foot of the call on Wednesday, November 15, 2006.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 7, 2006　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　Clerk